894

No. 94–5282. RUSSELL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–5283. MCCULLOUGH v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 94–5284. PRESTON v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–5285. ASHFORD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5286. JACKSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5287. KRIKAVA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5289. DAVIS v. CHAMPION, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–5290. CHAVEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5292. BRONSON v. DOMOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–5295. CARR v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5296. BENINCASA v. BENINCASA. Ct. App. Ohio, Muskingum County. Certiorari denied.

No. 94–5297. WILLIAMS v. JIM WALTERS RESOURCES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–5298. LEWIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5299. MULLINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5300. PONTILLO v. UNITED STATES; and
No. 94–5524. BRADY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.